```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


MICHAEL ASBERRY,
                                          NO. CIV. S-01-2343 LKK/PAN
          Plaintiff,

     v.

CITY OF SACRAMENTO/SANITATION
DEPARTMENT,

          Defendant.
_____/
MICHAEL ASBERRY,
                                          NO. CIV. S-04-2467 LKK/PAN
          Plaintiff,

     v.                                          O R D E R

CITY OF SACRAMENTO, et al.,

          Defendants.
_____/
```

The court is in receipt of defendants' request to consolidate the above-captioned cases prior to the Status Conference and Pretrial Conference in March 2006. The court hereby orders that a formal motion be filed pursuant to such request.

1

1        Accordingly, the court hereby ORDERS that:
2        1.   Defendants shall file a motion to consolidate no later
3   than February 10, 2006 at 4:30 p.m.
4        2.   Plaintiff shall file an opposition brief or statement of
5   non-opposition by February 17, 2006 at 4:30 p.m.  A reply brief,
6   if any, must be filed by February 22, 2006 at 4:30 p.m.
7        3.   Hearing on the motion shall be noticed for February 27,
8   2006 on the court's Law and Motion Calendar to be heard at 10:00
9   a.m. in Courtroom 4.
10       IT IS SO ORDERED.
11       DATED:  January 30, 2006.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT