UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ASBERRY,

           Plaintiff,

   v.

CITY OF SACRAMENTO/SANITATION DEPARTMENT,

           Defendant.
                                 /

NO. CIV. S-01-2343 LKK/PAN

    The court is in receipt of the defendants' letter requesting clarification as to the filing deadlines related to the motions in limine in both cases. Defendants are correct in that the court's minute order on March 30, 2006 stated that the motions in limine were to be filed not later than twenty days prior to the first day of trial and that responses were to be filed not later than ten days thereafter.

////

////

1

Given that minute order, the court hereby ORDERS that:

1. Defendants' motions in limine filed on May 24, 2006 are timely;

2. Plaintiff is granted until June 7, 2006 to file any opposition briefs; and

3. The hearing on the motions in limine filed in both cases is ADVANCED from the first day of trial, June 13, 2006, to June 12, 2006 at 10:00 a.m. in Courtroom No. 4.[1]

IT IS SO ORDERED.

DATED: May 26, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] To clarify, the court will still hear the parties' objections to exhibits on June 6, 2006.

2