1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL ASBERRY,
                                       NO. CIV. S-01-2343 LKK/PAN
12          Plaintiff,

13      v.                             **ORDER RE DISPOSAL
                                       DOCUMENTS AFTER
14  CITY OF SACRAMENTO/SANITATION      NOTIFICATION OF SETTLEMENT**
    DEPARTMENT,
15
            Defendant.
16  _____/
    MICHAEL ASBERRY,
17                                     NO. CIV. S-04-2467 LKK/PAN

18          Plaintiff,

19      v.

20  CITY OF SACRAMENTO, et al.,

21          Defendants.
    _____/
22

23      Counsel for plaintiff has informed the court that the parties

24  have settled the above-captioned consolidated cases.  The court now

25  orders that the dispositional documents disposing of the cases be

26  filed no later than forty-five (45) days from the effective date

                                  1

1    of this order.

2         All hearing dates heretofore set in this matter, including the

3    hearings set for June 6 and June 12, 2006 and the trial date of

4    June 13, 2006, are hereby **VACATED.**

5         FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

6    IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

7    CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

8         IT IS SO ORDERED.

9         DATED:   May 31, 2006.

10                                    _____
                                      LAWRENCE K. KARLTON
11                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                      2