JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J. Street, Suite 200
Sacramento, California 95814
Telephone:   (916) 446-1916
Facsimile:    (916) 446-1726
email: jilltelfer@yahoo.com

Attorney for Plaintiff
**MICHAEL ASBERRY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ASBERRY**, | NO. **CIV. S-01-2343 LKK PAN** |
| Plaintiff, | |
| v. | |
| **CITY OF SACRAMENTO/SANITATION DEPARTMENT**, | **STIPULATION TO DISMISS ACTION** |
| Defendants. | |

| | |
|---|---|
| **MICHAEL ASBERRY**, | NO. **CIV. S-04-2467 LKK PAN** |
| Plaintiff, | |
| v. | |
| **CITY OF SACRAMENTO**, et al. | |
| Defendants. | |

-1-

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff **MICHAEL ASBERRY** and Defendant **THE CITY OF SACRAMENTO**, by and through their respective counsel, that Plaintiff hereby dismisses all of his claims, with prejudice, against the **THE CITY OF SACRAMENTO**. The parties are to bear their own costs and attorneys fees.

**IT IS SO STIPULATED.**

LAW OFFICES OF JILL P. TELFER

/s/Jill P. Telfer

DATED: June 19, 2006

_____
JILL P. TELFER
Attorney for Plaintiff
**MICHAEL ASBERRY**

**THE CITY OF SACRAMENTO**

/s/Angela M. Casagranda

DATED: June 19, 2006

_____
Angela M. Casagranda,
Deputy City Attorney
for Defendant,
THE CITY OF SACRAMENTO

**THE CITY OF SACRAMENTO**

/s/David S. Womack

DATED: June 19, 2006

_____
David S. Womack, Deputy City Attorney
for Defendant,
THE CITY OF SACRAMENTO

**IT IS SO ORDERED:**

DATED: June 20, 2006

_____
**LAWRENCE K. KARLTON
Senior Judge
U.S. District Court**

Stipulation to Dismiss                    -2-